*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Mark Henderson and Kathleen Margaret Henderson
    Debtor(s)

Case No: 12–11892–ref
Chapter: 7

---

## REAFFIRMATION HEARING NOTICE

To the debtor, the debtor's counsel, and any party in interest:

NOTICE IS HEREBY GIVEN THAT a Reaffirmation hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider

Pro se Reaffirmation Agreement Between Debtor and HSBC Bank Nevada, N.A. – Best Buy Co., Inc.

On: 6/19/12

At: 09:30 AM

In: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601


For The Court

Timothy B. McGrath
Clerk of Court

24 – 23
Form 172